THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARGARET COOGAN, Appellant.— Judgment of conviction and order of the County Court of Nassau

county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.